AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | 5:21mj92 |
|---|---|---|
| v. | ) | Case: 1:21-mj-00156 |
| CHANCE ANTHONY UPTMORE (DOB: 01/06/1997) and JAMES HERMAN UPTMORE, also known as "Sonny" (DOB: 10/05/1957) | ) ) ) ) ) ) | Assigned to: Judge Robin M. Meriweather  Assign Date: 1/22/2021  Description: COMPLAINT W/ ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1)&(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(D)&(G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Scott P. Keller II, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/22/2021__

_____
*Judge's signature*

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*