WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 0 4 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, *
*
Plaintiff, *
*
V * No.: SA:21-M-00092(2)
*
JAMES HERMAN UPTMORE, *
*
Defendant. *
************************************************************************

ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

On this date came to be considered the Defendant's Unopposed Motion for Continuance, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED in PART, for good cause shown. A more modest continuance of 5 days is warranted.

~~It is ORDERED that all corresponding deadlines be continued in the above-styled and numbered cause for a period of sixty (60) days.~~

~~It is further ORDERED that a new schedule be set by separate order.~~

The Court finds that, for the reasons set out in the Defendant's motion, the ends of justice served by the continuance granted by this order outweigh the interest of the public in a speedy trial. See U.S.C. § 3161 (h)(7)(A).

SO ORDERED on this the 4th day of February, 2021.

_____
United States Magistrate Judge